FILED
2019 Jun-17 PM 12:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED IN OPEN COURT
MAY 29 2019
CHARLES R. DIARD, JR.
CLERK

JAW

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 19-00132-JB |
| | * | USAO NO. 19R00219 |
| v. | * | |
| | * | VIOLATION: 18 USC § 922(g)(1) |
| KONTRELL MONTRE CRUMPTON | * | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about November 15, 2018, in the Southern District of Alabama, Southern Division, the defendant,

**KONTRELL MONTRE CRUMPTON**

possessed a firearm, to wit, a Glock model 19, serial number PFK286 and affecting interstate commerce, having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit: Burglary 3rd Degree on December 9, 2016 in the Circuit Court of Madison County, Alabama, case number CC 2015-004258.00, and did so knowingly.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

RICHARD W. MOORE
UNITED STATES ATTORNEY
By:

*[signature]*

JAMIE A. WILSON
Assistant United States Attorney

*[signature]*

SEAN P. COSTELLO
Assistant United States Attorney
Chief, Criminal Division          MAY 2019